UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RODNEY GONZALEZ,

                Plaintiff,

-against-

LONG ISLAND RAILROAD COMPANY,

                Defendant.

23-CV-2786 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    By Friday, May 31, 2024, at 5:00 PM, the parties should submit a joint letter indicating two separate weeks between August and October of 2024 that would work to try this case. As a reminder, the plaintiff and principal decisionmaker for the defendant will be required to attend the final pretrial conference and trial in this case.

    SO ORDERED.

Dated: May 28, 2024
       New York, New York

                                              ARUN SUBRAMANIAN
                                              United States District Judge