UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RODNEY GONZALEZ,

                              Plaintiff,                        **23 Civ. No. 2786 (AS)**

         -against-                                        **PRE-SETTLEMENT
                                                                           CONFERENCE ORDER**

LONG ISLAND RAILROAD
COMPANY,

                              Defendant.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       This action is scheduled for a Pre-Settlement Conference Call on **Monday, June 10, 2024 at 11:30 a.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein.  Counsel are directed to join the conference via Microsoft Teams at the scheduled time.  **Please dial (646) 453-4442, Access Code: 131 608 141#.**

       **SO ORDERED.**

DATED:    New York, New York
                May 31, 2024

                                                          _____
                                                          The Honorable Gary Stein
                                                          United States Magistrate Judge